NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| In the Interest of L.R.R., a child. | ) |
| _____ | ) |
| | ) |
| H.R., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 2D18-3332 |
| | ) |
| AMERICANKIDZ ADOPTION SERVICES, | ) |
| INC., | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

Opinion filed June 5, 2019.

Appeal from the Circuit Court for Pinellas
County; Kimberly Todd, Judge.

Ita M. Neymotin, Regional Counsel, and
Joseph Thye Sexton, Assistant Regional
Counsel, Fort Myers, for Appellant.

Patrick B. Calcutt of Calcutt & Calcutt, P.A.,
Americus, Georgia, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.